IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02264-REB-MEH

DIANN LINDQUIST,

    Plaintiff,

v.

SHERIFF GRAYSON ROBINSON, in his official capacity,
DEPUTY JAMES COOK, in his official and individual capacities,
DEPUTY PAUL BOLTE, in his official and individual capacities,
JANE DOE ONE, Arapahoe County Detention Facility Medical Professional, in her official and individual capacities, and
JANE DOE TWO, Arapahoe Deputy Sheriff, in her official and individual capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 7, 2010.**

    The Stipulated Motion for Protective Order [filed December 6, 2010; docket #17] is **granted** as modified.[1]  The parties proposed Stipulated Protective Order is substantially accepted and a revised Stipulated Protective Order is filed contemporaneously with this minute order.

---

[1] *See* paragraph 10 of the Protective Order.