IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02264-REB-MEH

DIANN LINDQUIST,

    Plaintiff,

v.

SHERIFF GRAYSON ROBINSON, in his official capacity,
DEPUTY JAMES COOK, in his official and individual capacities,
DEPUTY PAUL BOLTE, in his official and individual capacities,
JANE DOE ONE, Arapahoe County Detention Facility Medical Professional, in her official and individual capacities, and
JANE DOE TWO, Arapahoe Deputy Sheriff, in her official and individual capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 19, 2011.**

    Before the Court is Plaintiff's Motion to Modify December 3, 2010 Scheduling Order [filed January 14, 2011; docket #24].  The parties agree to, and the Court finds good cause for, a 30-day extension of time; however, Plaintiff fails to explain her need for an additional fifteen days. Therefore, the motion is **granted in part and denied in part**.  The Scheduling Order shall be amended as follows:

Deadline for joinder of parties and amendment of pleadings:      February 16, 2011

All other deadlines and conference dates shall remain the same.