IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02264-REB-MEH

DIANN LINDQUIST,

    Plaintiff,

v.

ARAPAHOE COUNTY,
ARAPAHOE COUNTY BOARD OF COUNTY COMMISSIONERS,
SHERIFF GRAYSON ROBINSON, in his official capacity,
DEPUTY JAMES COOK, in his official and individual capacities,
DEPUTY PAUL BOLTE, in his official and individual capacities,
DEPUTY KRISTEN MORRIS, in her official and individual capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 8, 2011.**

    In the interests of justice, Plaintiff's Unopposed Motion to [File] Amended Complaint and Jury Demand [filed February 7, 2011; docket #28] is **granted**. The proposed Amended Complaint and Jury Demand is accepted for filing. The Clerk of the Court is directed to file the Amended Complaint and Jury Demand found at docket #28-1. Defendants shall respond to the Amended Complaint and Jury Demand in accordance with Fed. R. Civ. P. 15(a) and all applicable federal and local rules.