**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.10-cv-02264-REB-MEH

DIANN LINDQUIST,

    Plaintiff,

v.

ARAPAHOE COUNTY,
ARAPAHOE COUNTY BOARD OF COUNTY COMMISSIONERS,
SHERIFF GRAYSON ROBINSON, in his official capacity,
DEPUTY JAMES COOK, in his official and individual capacities,
DEPUTY PAUL BOLTE, in his official and individual capacities, and
DEPUTY KRISTEN MORRIS, in her official and individual capacities,

    Defendants.

## ORDER OF DISMISSAL AS TO DEFENDANT KRISTEN MORRIS

**Blackburn, J.**

    The matter is before me on the **Stipulated Dismissal of Defendant Kristen Morris** [#41] filed March 25, 2011.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that plaintiff's claims against defendant, Kristen Morris, should be dismissed .

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulated Dismissal of Defendant Kristen Morris** [#41] filed March 25, 2011, is **APPROVED**;

    2.  That plaintiff's claims against defendant, Kristen Morris, are **DISMISSED**;

    3.  That any pending motion filed on behalf of defendant Kristen Morris, is **DENIED** as moot;  and

3.  That defendant, Kristen Morris, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated March 28, 2011, at Denver, Colorado.

                              **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge