IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02264-REB-MEH

DIANN LINDQUIST,

     Plaintiff,

v.

ARAPAHOE COUNTY,
ARAPAHOE COUNTY BOARD OF COUNTY COMMISSIONERS,
SHERIFF GRAYSON ROBINSON, in his official capacity,
DEPUTY JAMES COOK, in his official and individual capacities,
DEPUTY PAUL BOLTE, in his official and individual capacities,
DEPUTY KRISTEN MORRIS, in her official and individual capacities,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 5, 2011.**

     Plaintiff's Second Unopposed Motion to Modify Scheduling Order [filed May 3, 2011; docket #50] is **granted**.  For exceptional cause shown, the Scheduling Order shall be amended as follows:

| | |
|---|---|
| Initial expert witness disclosure: | May 13, 2011 |
| Rebuttal expert witness disclosure: | June 13, 2011 |
| Discovery cutoff: | July 8, 2011 |
| Dispositive motions deadline: | August 5, 2011 |

In accordance with the current dates set by Judge Blackburn for the Trial Preparation Conference and Trial in this case, the Court will grant no further extensions of these deadlines.