IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02264-REB-MEH

DIANN LINDQUIST,

    Plaintiff,

v.

ARAPAHOE COUNTY,
ARAPAHOE COUNTY BOARD OF COUNTY COMMISSIONERS,
SHERIFF GRAYSON ROBINSON, in his official capacity,
DEPUTY JAMES COOK, in his official and individual capacities,
DEPUTY PAUL BOLTE, in his official and individual capacities,
DEPUTY KRISTEN MORRIS, in her official and individual capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 6, 2011.**

    Before the Court is Plaintiff's Motion to Modify the Scheduling Order to Allow a Three-Day Extension of the Discovery Deadline [filed July 5, 2011; docket #67]. Plaintiff fails to acknowledge in her motion that, upon amending the Scheduling Order for the third time at the Plaintiff's request and extending the discovery deadline to July 8, 2011, this Court stated that it would grant no further requests for extension of the discovery deadlines due to the impending trial dates set by Judge Blackburn. *See* docket #52. In light of the order, the Court appreciates the Defendants' objection to Plaintiff's current request. Nevertheless, the Court finds in its discretion, and in the interests of justice and efficiency, that Plaintiff has demonstrated good cause – a one-day error in calculation of the discovery deadline, which was the basis for Defendants' refusal to respond to Plaintiff's set of discovery requests and to which Defendants did not alert Plaintiff until more than three weeks later (*see* docket #68 at 3) – for the Court to correct Plaintiff's calculation error and allow the referenced discovery to proceed. Therefore, the Court will **GRANT IN PART AND DENY IN PART** Plaintiff's motion and extend the discovery deadline to Monday, July 18, 2011 for the sole purpose of allowing Defendants to submit a response to "Plaintiff's Third Set of Written Discovery" as described in Plaintiff's motion. All other deadlines and conference dates shall remain the same.