IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 10-cv-02264-REB-MEH | Date: July 13, 2011 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

DIANN LINDQUIST,                          Mari Newman
                                                                Siddhartha Rathod
       Plaintiff,                         Lauren Fontana

vs.

ARAPAHOE COUNTY,                                       Edward Caswall
ARAPAHOE COUNTY BOARD OF COMMISSIONERS,      Breena Weng
GRAYSON ROBINSON,
JAMES COOK,

       Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

**Court in session:**     9:58 a.m.

Court calls case. Appearances of counsel.

Argument and discussion regarding Defendants' Motion to Stay Order (Doc. #70) regarding Discovery Matter and D.C.Colo.LCivR 7.1 Certification (Doc. #72, filed 7/8/11).

**ORDERED:** Defendants' Motion to Stay Order (Doc. #70) regarding Discovery Matter and D.C.Colo.LCivR 7.1 Certification (Doc. #72, filed 7/8/11) is **DENIED in part** as to Defendants' request to stay the effect of this Court's July 6, 2011 order pending resolution of Defendants' objection to the order, but **GRANTED in part** to allow Defendants an extension of time to **July 26, 2011** within which to respond to Plaintiff's discovery requests. The Court will **further GRANT** Defendants their costs and attorneys' fees reasonably incurred in filing the motion to stay and for their appearance today; **Defendants' counsel shall file an affidavit supporting such expenses on or before August 5, 2011**. Plaintiff may object in writing to the reasonableness of the costs and fees requested by Defendants on or before August 15, 2011.

**Court in recess:**     10:36 a.m.    **(Hearing concluded)**
**Total time in court:**    0:38