IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02264-REB-MEH

DIANN LINDQUIST,

    Plaintiff,

v.

ARAPAHOE COUNTY,
ARAPAHOE COUNTY BOARD OF COUNTY COMMISSIONERS,
SHERIFF GRAYSON ROBINSON, in his official capacity,
DEPUTY JAMES COOK, in his official and individual capacities,
DEPUTY PAUL BOLTE, in his official and individual capacities,
DEPUTY KRISTEN MORRIS, in her official and individual capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 15, 2011.**

    Plaintiff's Motion Unopposed Motion for Leave to file Amended Response to Defendants' Motion to Compel Discovery Responses [filed July 15, 2011; docket #78] is **granted**. The Clerk of the Court is directed to file the Amended Response, found at docket #78-2, and withdraw the original response, found at docket #77, in favor of the amended document. Defendants may file a reply in support of their motion within fourteen (14) days after the Amended Response is served.