**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.10-cv-02264-REB-MEH

DIANN LINDQUIST,

    Plaintiff,

v.

ARAPAHOE COUNTY,
ARAPAHOE COUNTY BOARD OF COUNTY COMMISSIONERS,
SHERIFF GRAYSON ROBINSON, in his official capacity,
DEPUTY JAMES COOK, in his official and individual capacities, and
DEPUTY PAUL BOLTE, in his official and individual capacities,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on defendants' **Motion to Withdraw Objection To Magistrate Judge's Order** [#84] filed July 25, 2011. The motion is **GRANTED**, and **Defendants' Objection To Order of Magistrate Judge Filed July 6, 2011 (Doc. #70)** [#71] filed July 8, 2011, is **WITHDRAWN**.

    Dated:  July 25, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.