IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02264-REB-MEH

DIANN LINDQUIST,

    Plaintiff,

v.

ARAPAHOE COUNTY,
ARAPAHOE COUNTY BOARD OF COUNTY COMMISSIONERS,
SHERIFF GRAYSON ROBINSON, in his official capacity,
DEPUTY JAMES COOK, in his official and individual capacities,
DEPUTY PAUL BOLTE, in his official and individual capacities,
DEPUTY KRISTEN MORRIS, in her official and individual capacities,

    Defendants.

## ORDER RE: SANCTION

**Michael E. Hegarty, United States Magistrate Judge**.

    Pursuant to this Court's order awarding reasonable attorney's fees and costs in favor of the Defendants [docket #76], defense counsel has timely filed an affidavit setting forth a summary of his experience and a description of the services rendered, the amount of time spent, the hourly rate, and the total amount of attorney's fees and costs claimed for Defendants' preparation of the Motion to Stay Order and hearing [docket #90]. Although provided the opportunity to do so, Plaintiff filed no objection nor response to the claimed attorney's fees and costs. Nevertheless, the Court must determine whether the requested sanction is reasonable. The Court finds that defense counsel's hourly rate ($300.00) is reasonable, but concludes that the time necessary to draft and file a four-page motion requiring no legal research is one hour, and the time necessary to travel to and from and prepare for the hearing is 1.6 hours. Therefore, the total amount of attorney's fees awarded is

$780.00.  In addition, the Court finds reasonable Defendants' requested costs of $12.65.

WHEREFORE, the Court ORDERS that Plaintiff's counsel be sanctioned in the amount of $792.65, to be paid to counsel for Defendant as a reasonable sanction of attorney's fees and costs.  This amount shall be paid no later than September 30, 2011.  Counsel for Plaintiff shall file a Notice of Compliance with Order re: Sanction **on or before October 3, 2011**.

Dated at Denver, Colorado this 24th day of August, 2011.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge