**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.10-cv-02264-REB-MEH

DIANN LINDQUIST,

    Plaintiff,

v.

ARAPAHOE COUNTY,
ARAPAHOE COUNTY BOARD OF COUNTY COMMISSIONERS,
SHERIFF GRAYSON ROBINSON, in his official capacity,
DEPUTY JAMES COOK, in his official and individual capacities, and
DEPUTY PAUL BOLTE, in his official and individual capacities,

    Defendants.

**ORDER OF DISMISSAL AS TO DEFENDANTS, JAMES COOK,
PAUL BOLTE AND ARAPAHOE COUNTY BOARD OF COMMISSIONERS, ONLY**

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss Defendants James Cook, Paul Bolte and Arapahoe County Board of Commissioners With Prejudice** [#107][1] filed November 2, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted and that plaintiff's claims against defendants, James Cook, Paul Bolte and Arapahoe County Board of Commissioners, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss Defendants James Cook, Paul Bolte and Arapahoe County Board of Commissioners With Prejudice** [#107] filed

---

[1] "[#107]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

November 2, 2011, is **GRANTED**;

    2.  That plaintiff's claims against defendants, James Cook, Paul Bolte and Arapahoe County Board of Commissioners, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

    3.  That defendants, James Cook, Paul Bolte and Arapahoe County Board of Commissioners, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

    Dated November 3, 2011, at Denver, Colorado.

                                        **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge