# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No.10-cv-02264-REB-MEH

DIANN LINDQUIST,

    Plaintiff,

v.

ARAPAHOE COUNTY, and
SHERIFF GRAYSON ROBINSON, in his official capacity,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss** [#109][1] filed November 3, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss** [#109] filed November 3, 2011, is **GRANTED**;

2. That the Trial Preparation Conference set for November 18, 2011, is **VACATED**;

3. That the jury trial set to commence December 5, 2011, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

---

[1] "[#109]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated November 3, 2011, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge